FILED
CLERK, U.S. DISTRICT COURT
January 28, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>RLZ WESTSIDE, LLC, a California Limited Liability Company; CARWASH OPERATORS, LLC, a California Limited Liability Company,<br><br>    Defendants | Case No.: 2:20-cv-09638-SB-JEM<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

The parties filed a notice of settlement on January 28, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on April 2, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by March 26, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: January 28, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge